UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **5:26-cv-01473-CV (ACCVx)** | Date | April 6, 2026 |
|---|---|---|---|
| Title | *Olga Elizabeth Uriarte Centeno v. Markwayne Mullin, et al.* | | |

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [5]**

On March 26, 2026, Petitioner Alexander Jesus Vidaurreta Nieves filed a Petition in this matter. Doc. # 1. On the same day, Petitioner Olga Elizabeth Uriarte Centeno filed an Ex Parte Application for Temporary Restraining Order (Doc. # 5, "Application").

On March 27, 2026, the Court issued an order noting the inconsistencies as to the name of the Petitioner, and ordering Petitioner to file an amended Petition and/or Application no later than April 3, 2026.

Petitioner failed to file an amended Petition or Application, and has not otherwise responded to the Court's March 27, 2026 order. The Court therefore DENIES the Application without prejudice

**IT IS SO ORDERED.**