JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

OLGA ELIZABETH URIARTE CENTENO,

                    Petitioner,

          v.

MARKWAYNE MULLIN, et al.,

                    Respondents.

Case No.  5:26-cv-01473-CV-ACCV

**JUDGMENT**

Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated: 4/27/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
United States District Judge